1 | Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
2 | 777 South Figueroa Street, Suite 2800
3 | Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
4 | Facsimile: (213) 572-4400

5 | Attorneys for Plaintiffs
6 | WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; ARISTA RECORDS LLC;
7 | BMG MUSIC; CAPITOL RECORDS, INC.;
PRIORITY RECORDS LLC; SONY BMG MUSIC
8 | ENTERTAINMENT; and CAROLINE RECORDS,
INC.

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAROLINE RECORDS, INC., a New York corporation, | Case No.: C 06-2712 JL  <br><br> Honorable James Larson <br><br> ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| Plaintiffs, | |
| vs. | |
| DANIEL PAAINA, | |
| Defendant. | |

1

#2455 v1

1   Plaintiffs hereby request that this court continue the Case Management Conference scheduled

2   for July 26, 2006 at 10:30 a.m. to September 20, 2006.  The parties have come to a settlement-in-

3   principle but the finalized settlement documents have not yet been executed.  Plaintiffs and

4   Defendant are continuing to finalize the settlement, and it is not expected that the present settlement-

5   in-principle will dissolve.  Thus, no pretrial scheduling or case management need be completed at

6   the date scheduled.  Plaintiffs therefore request that the Court continue the case management

7   conference to September 20, 2006, so that parties may finalize the terms of their settlement.

8   Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons,

9   as follows:

10    1. Parties are to meet and confer regarding initial disclosures, early settlement, ADR

11   process selection, and discovery plan by August 30, 2006.

12    2. Parties are to file a Joint ADR Certification with Stipulation to ADR Process or

13   Notice of Need for ADR Phone Conference by August 30, 2006.

14    3. Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report

15   are due by September 13, 2006.

16

17   Dated:  July 19, 2006     HOLME ROBERTS & OWEN LLP

18

19

20          By:  */s/ Leemore Libesman*

         Leemore Libesman

21            Attorneys for Plaintiffs

         WARNER BROS. RECORDS INC.; UMG

22            RECORDINGS, INC.; ARISTA RECORDS

         LLC; BMG MUSIC; CAPITOL RECORDS,

23            INC.; PRIORITY RECORDS LLC; SONY BMG

         MUSIC ENTERTAINMENT; and CAROLINE

24            RECORDS, INC.

25

26

27

28

         2

         *EX PARTE* APPLICATION; [PROPOSED] ORDER
         Case No. C 06-2712 JL

#2455 v1

1

## ORDER

2      Good cause having been shown:

3      **IT IS ORDERED** that the Case Management Conference previously set for July 26, 2006, is

4   continued to September 20, 2006 at 10:30 a.m.  Parties are to meet and confer regarding initial

5   disclosures, early settlement, ADR process selection, and discovery plan by August 30, 2006. Parties

6   are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR

7   Phone Conference on August 30, 2006.  Completion of Initial Disclosures, filing of Case

8   Management Statements and the filing and service of the Rule 26(f) Report are due by September

9   13, 2006.

10

11   Dated: _____ July 20, 2006 _____          By:___



Judge James Larson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

#2455 v1