Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; AND CAROLINE RECORDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and CAROLINE RECORDS, INC., a New York corporation,,<br><br>    Plaintiff,<br>v.<br><br>DANIEL PAAINA,<br><br>    Defendant. | Case No.: C 06-2712 JL<br><br>Honorable James Larson<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs hereby request that the Court vacate the case management conference currently set for September 20, 2006, at 10:30 a.m. Along with this *ex parte* application, Plaintiffs have filed with the Court a request to enter default, because Defendant has failed to answer or otherwise appear in this action. Plaintiffs intend to file a motion for default judgment within sixty (60) days. Therefore, a case management conference is not necessary at this time. Plaintiffs thus respectfully request that the Court vacate the case management conference currently set for September 20, 2006.

Dated: September 7, 2006

HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference currently scheduled for September 20, 2006, at 10:30 a.m. is hereby vacated.

Dated: September 15, 2006     By: _____



IT IS SO ORDERED
Judge James Larson

#24005 v1