IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Warner Bros. Records Inc., et al., | NO. C 06-02712 JW |
| Plaintiffs, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Daniel Paaina, | |
| Defendant. | |

Pursuant to the Court's March 20, 2007 Order Granting Plaintiffs' Motion for Default Judgment, judgment is entered in favor of Plaintiffs Warner Bros. Recording Inc., UMG Recordings, Inc., Arista Records, LLC, BMG Music, Capital Records, Inc., Priority Records LLC, Sony BMG Music Entertainment, and Caroline Records, Inc., against Defendant Daniel Paaina.

Judgment is entered for Plaintiffs in the amount of $7920.00. This amount represents $7500.00 in statutory damages and $420.00 in fees and costs. In addition, Defendant is enjoined as follows:

(1) Defendant is permanently enjoined from infringing Plaintiffs' statutory rights in the presently-existing Copyrighted Recordings for the life of the copyright; and

(2) Defendant shall destroy all copies of Plaintiffs' Copyrighted Works that Defendant has downloaded onto any computer hard drive or server, or transferred onto any physical medium or device in his possession.

Dated: March 20, 2007

JAMES WARE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas McCarten Kerr tom.kerr@hro.com

**Dated:  March 20, 2007**                                              **Richard W. Wieking, Clerk**

                                                                                        **By:   /s/ JW Chambers**
                                                                                               **Elizabeth Garcia**
                                                                                               **Courtroom Deputy**